# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:22-cv-00162-MR

| | |
|---|---|
| JOSHUA PIERRE PERKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| GASTON COUNTY JAIL, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on its own motion on Plaintiff's failure to respond to the Court's Order for Plaintiff to notify the Court of his new address. [Doc. 7].

Pro se Plaintiff Joshua Pierre Perkins ("Plaintiff") filed this action on April 14, 2022, pursuant to 42 U.S.C. § 1983, against Defendants. [Doc. 1]. The docket in this matter reflects that Plaintiff's current address is the Gaston County Jail, 425 Dr. MLK Jr. Way, Gastonia, North Carolina 28052. Recently, the Clerk of Court mailed Plaintiff copies of the Clerk's Order of Instructions, an Order for Prisoner Trust Account Statement, and the docket sheet. [See 4/15/2022 Docket Entries (Court Only), Docs. 3, 4]. These documents were returned as undeliverable. [Docs. 5, 6]. The return stamps on the undelivered mail read: "RTS/ATW" and "Return to sender inmate no

longer confined," respectively. [Id.]. Plaintiff has not notified the Court of any change in his address.

On May 11, 2022, the Court ordered that Plaintiff had fourteen (14) days to notify the Court of his new address and advised Plaintiff that his "failure to timely notify the Court will result in dismissal of this action without prejudice and without further notice to Plaintiff."[1] [Doc. 7 at 2]. The deadline to notify the Court has expired and Plaintiff has not notified the Court of his new address.

The Court will, therefore, dismiss this action without prejudice for Plaintiff's failure to prosecute.

**IT IS SO ORDERED**.

Signed: June 6, 2022

Martin Reidinger
Chief United States District Judge

---

[1] This mail was also returned as undeliverable. [Doc. 8].